UNITED STATES of America,
Plaintiff–Appellee,

v.

Nathan Kinta WILKINS, a/k/a Kat
Daddy, Defendant–Appellant.

No. 15–6918.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 27, 2015.

Decided: Sept. 1, 2015.

Nathan Kinta Wilkins, Appellant Pro Se.
William Glenn Perry, Office of the United
States Attorney, Greenville, North Carolina; Seth Morgan Wood, Office of the
United States Attorney, Raleigh, North
Carolina, for Appellee.

Before GREGORY, AGEE, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Nathan Kinta Wilkins appeals the district court's order denying his 18 U.S.C.
§ 3582(c)(2) (2012) motion for a sentence
reduction. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *United States v. Wilkins,*
No. 4:08–cr–00043–FL–1 (E.D.N.C. June
2, 2015). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before this court and argument would not aid
the decisional process.

*AFFIRMED.*